| | |
|---|---|
| 1 | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP |
| | THOMAS G. REDMON, Bar No. 047090 |
| 2 | tredmon@wilkefleury.com |
| | 400 Capitol Mall |
| 3 | Twenty-Second Floor |
| | Sacramento, CA  95814 |
| 4 | Telephone:   (916) 441-2430 |
| | Facsimile:   (916) 442-6664 |
| 5 | |
| | Attorneys for Defendant |
| 6 | MAYFLOWER MUSIC CORPORATION |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RILEY, | Case No.  2:10-cv-03169-JAM-KJN |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |
| v. | |
| MAYFLOWER MUSIC CORPORATION, | |
| Defendant. | |

Pursuant to Local Rule 144(a), Plaintiff and Defendant by and through their duly-authorized attorneys stipulated and agreed that Defendants have an additional 30 days in which to answer or otherwise respond to the Complaint filed in this matter on November 23, 2010.  To permit and encourage settlement discussions, Plaintiff and Defendant, by and through their duly authorized attorneys, stipulate and agree that Defendant shall have an additional 30 days to answer or otherwise respond to the Complaint.  Pursuant to this stipulation, the parties request that the Court authorize a new deadline for Defendant to file and serve their response to the Complaint to and including February 17, 2011.

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

Stipulation And Order For Extension of Time To Answer Complaint     - 1 -     2:09-CV-03169-JAM-KJN

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO STIPULATED.

2  DATED: _____, 2011.          MENNEMEIER GLASSMAN AND STROUD

4                                        By _____
5                                           Andrew W. Stroud
                                            Attorney for Plaintiff
6                                           TERRY RILEY

8  DATED: _____, 2011.          WILKE, FLEURY, HOFFELT,
                                        GOULD & BIRNEY, LLP

11                                       By:_____
                                            THOMAS G. REDMON
12                                          Attorneys for Defendant
                                            MAYFLOWER MUSIC CORPORATION

14 IT IS SO ORDERED:

15 DATED:  1/13/2011                     /s/ John A. Mendez
                                         U.S. DISTRICT COURT JUDGE

17 632035.1

---

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

Stipulation And Order For Extension of Time
To Answer Complaint                      - 2 -                    2:09-CV-03391-FCD-DAD

PDF created with pdfFactory trial version www.pdffactory.com