WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
THOMAS G. REDMON, Bar No. 047090
tredmon@wilkefleury.com
400 Capitol Mall
Twenty-Second Floor
Sacramento, CA  95814
Telephone:   (916) 441-2430
Facsimile:    (916) 442-6664

Attorneys for Defendant
MAYFLOWER MUSIC CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RILEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAYFLOWER MUSIC CORPORATION,<br><br>　　　　Defendant. | Case No.  2:10-cv-03169-JAM-KJN<br><br>**THIRD STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |

　　　　Pursuant to Local Rule 144(a), Plaintiff and Defendant by and through their duly-authorized attorneys stipulated and agreed that Defendant has an additional 30 days in which to answer or otherwise respond to the Complaint filed in this matter on November 23, 2010. Settlement negotiations are ongoing and to permit and encourage settlement discussions, Plaintiff and Defendant, by and through their duly authorized attorneys, stipulate and agree that Defendant shall have to and including March 7, 2011 and request that the Court authorize a new deadline of March 7, 2011 for Defendant to file and serve its response to the Complaint.

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

Stipulation And Order For Extension of Time
To Answer Complaint　　　- 1 -　　　2:09-CV-03169-JAM-KJN

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO STIPULATED.

2  DATED: _____, 2011.          MENNEMEIER GLASSMAN AND STROUD

3

4                                             By _____
5                                                 Andrew W. Stroud
                                                  Attorney for Plaintiff
6                                                 TERRY RILEY

7

8  DATED: _____, 2011.          WILKE, FLEURY, HOFFELT,
                                        GOULD & BIRNEY, LLP
9

10

11                                            By: _____
                                                  THOMAS G. REDMON
12                                                Attorneys for Defendant
                                                  MAYFLOWER MUSIC CORPORATION
13

14  IT IS SO ORDERED:

15  DATED:   2/16/2011                       /s/ John A. Mendez
                                             U.S. DISTRICT COURT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

Stipulation And Order For Extension of Time
To Answer Complaint

- 2 -

2:09-CV-03391-FCD-DAD

PDF created with pdfFactory trial version www.pdffactory.com